**Order entered July 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00650-CV

**KEVIN HINDS, Appellant**

**V.**

**KELLY BETH CAIDWELL, ZACHARY ADAM ALLEN, TRINA T. WILSON AND ASSOCIATES, TRINA T. WILSON, GOVERNMENT EMPLOYEE INSURANCE COMPANY, AND STATE BAR OF TEXAS, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13392**

## ORDER

The reporter's record in this accelerated appeal is past due. By postcard dated June 13, 2018, we notified Court Reporter Vielica Dobbins the reporter's record was overdue. To date, the reporter's record has not been filed nor has Ms. Dobbins otherwise corresponded with the Court regarding the reporter's record.

Accordingly, we **ORDER** Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file, within **TEN DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the record and has been found not entitled to proceed without payment of costs. *We notify appellant that if we receive verification (1) the*

*reporter's record has not been requested, or (2) payment or payment arrangements have not been made and he has been found not entitled to proceed without payment of costs, we may order the appeal submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:


Honorable Dale Tillery
Presiding Judge
134th Judicial District Court

Vielica Dobbins
Official Court Reporter
134th Judicial District Court

All parties


/s/      ADA BROWN
         JUSTICE